```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


CARL M. CROWE,

                   Petitioner,

-vs-                                    Case No.  2:04-cv-374-FtM-29DNF
                                        Case No.  2:03-cr-7-FTM-29DNF

UNITED STATES OF AMERICA,

                   Respondent.
_____/
```

**OPINION AND ORDER**

This matter comes before the Court on Petitioner's Notice of Appeal (Doc. #14), filed on April 22, 2005, in the civil case. Pursuant to Fed. R. App. P. 22(b)(1), this is deemed to also include an application for certificate of appealability. Also before the Court is petitioner's Petition to Proceed In Forma Pauperis (Doc. #39), filed on May 18, 2005, in the criminal case.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional

claims debatable or wrong.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

In this action, the Court denied the petition on a combination of procedural grounds and on the merits.  (Order, Doc. #12).  The Court finds, upon review, that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong or that the Court was incorrect in its procedural rulings.  Therefore, the request for a certificate of appealability will be denied.  As a result, the request to proceed in forma pauperis will be denied.

Accordingly, it is now

**ORDERED**:

1. Petitioner's application for certificate of appealability, deemed included in the Notice of Appeal (Doc. #14 in the civil case), is **DENIED**.

2. Petitioner's Petition to Proceed In Forma Pauperis (Doc. #39) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of May, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303